ARMED SERVICES BOARD OF CONTRACT APPEALS

| Appeals of -- | ) | |
|---|---|---|
| | ) | |
| Bulltrack-Watts II, a Joint Venture | ) | ASBCA Nos. 60262, 60297 |
| | ) | |
| Under Contract No. N44255-09-C-7003 | ) | |

APPEARANCES FOR THE APPELLANT:      Mark G. Jackson, Esq.
                                    Kevin A. Rosenfield, Esq.
                                    Stowell B. Holcomb, Esq.
                                       Jackson Rosenfield LLP
                                       Seattle, WA

APPEARANCES FOR THE GOVERNMENT:     Ronald J. Borro, Esq.
                                       Navy Chief Trial Attorney
                                    Anthony K. Hicks, Esq.
                                    Rachel J. Goldstein, Esq.
                                       Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice, with each party bearing its own costs and fees.

Dated: 9 January 2018

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60262, 60297, Appeals of Bulltrack-Watts II, a Joint Venture, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals